**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XYZ CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1: 25-CV-15561<br><br>HONORABLE JUDGE MATTHEW F. KENNELLY |

**DECLARATION ESTABLISHING PERSONAL JURISDICTION**

I, John J. Mariane, of the City of Chicago, in the State of Illinois, hereby state as follows:

1. I am an attorney at law, duly admitted to practice before the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, XYZ Corporation ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could, and would, competently testify as follows:

2. I, or someone acting under my direction and supervision, have reviewed (1) the storefronts for the defendants identified on Amended Schedule A (hereinafter referred to as the "Defendant Internet Stores" or "Seller Aliases") who are selling unauthorized and counterfeit products based on Plaintiff's trademark (the "Counterfeit Products"), and (2) the product listings and seller store pages for each Defendant Internet Store.

3. I can confirm that a transaction was made[1] between Plaintiff and each Defendant,

[1] For purposes of this Declaration, evidence of each transaction is included Exhibit 1 to the Declaration of Ashlyn Oswald Beiersdorf, which shows that Plaintiff ordered and paid for an allegedly infringing product to be delivered to Illinois sufficient to show that each Defendant purposefully availed itself of the privilege of conducting business in Illinois. Images of the products and products shipping information and packaging are also included.

and that all Defendants listed in the Amended Schedule A have made at least one sale of the Counterfeit Products into Illinois.

4. As relevant to personal jurisdiction, Plaintiff's counsel confirms that each named defendant has sold at least one Counterfeit Product to a customer in Illinois, meaning that each Defendant accepted an order and payment for a Counterfeit Product to be shipped to Illinois. Plaintiff, itself, made at least one purchase from each Defendant.

5. Exhibit 1 to the Declaration of Ashlyn Oswald Beiersdorf contains true and correct images confirming the purchases made by Plaintiff from each Defendant.

6. Plaintiff can confirm that all of the evidence and screenshots of the Counterfeit Products were captured between November 12, 2025–December 22, 2025.

By filing this document, Plaintiff's counsel certifies to the Court that Plaintiff has not used any of the screenshot evidence supplied in support of a motion for a temporary restraining order in this case in any prior proceeding.

Plaintiff, by its undersigned counsel, certifies that this information is accurate and complete under Federal Rule of Civil Procedure 11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Wednesday, December 31, 2025, at Chicago, Illinois.

Respectfully submitted,

*/s/ John J. Mariane*
John J. Mariane

***ATTORNEY FOR PLAINTIFF***