**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

XYZ Corporation

                      Plaintiff,

v.                                          Case No.: 1:25−cv−15561
                                                 Honorable Matthew F. Kennelly

The Partnerships Identified on Schedule A

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 9, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to file certain documents under seal is granted, but plaintiff's motion for leave to temporarily proceed under a pseudonym is denied [5]. This Court is no longer persuaded that proceeding under a pseudonym in "Schedule A" cases of this type (or in this case in particular) is either necessary or appropriate. Plaintiff must refile the complaint in its own name, with the Schedule A remaining under seal, and must cause the Clerk to modify the caption and title of the case so that it identifies the name of the plaintiff. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.