UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAN AMERICAN WORLD AIRWAYS, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-15561 <br><br> JUDGE MATTHEW F. KENNELLY |

# EXHIBIT 1 – TRADEMARK REGISTRATIONS

**PAN AMERICAN WORLD AIRWAYS, LLC**

| EXHIBIT 1 | | | TRADEMARK REGISTRATIONS |
|---|---|---|---|

| MARK | REG. № | GOODS & SERVICES | REG. DATE |
|---|---|---|---|
| PAN AMERICAN WORLD AIRWAYS | 3,166,414 | IC 025: Clothing, namely, Hats, [ Bandanas, Scarves, ] T Shirts [, Long Sleeve Shirts, Short Sleeve Shirts, Jackets, Sweaters, Dresses, Short Pants, Long Pants, Swim Suits, Underwear, Pajamas, Socks, Shoes ]. | Oct. 31, 2006 |
| (Pan Am globe logo) | 3,288,129 | IC 018: Luggage; all-purpose carrying bags; carry-all bags; carry-on bags; travel bags. IC 028: Toy model vehicles; toy model airplanes; toy model trains; toy model train cars; scale model vehicles, trains, train cars, airplanes. | Sep. 4, 2007 |
| (Pan Am globe logo) | 3,804,943 | IC 018: Luggage; all-purpose carrying bags; carry-all bags; carry-on bags; travel bags. | Jun. 15, 2010 |
| PAN AM | 4,354,102 | IC 028: Toy model vehicles; toy model airplanes; toy model trains; toy model train cars; scale model vehicles, trains, train cars, airplanes. | Jun. 18, 2013 |
| Pan American World Airways | 4,405,886 | IC 018: All-purpose carrying bags; Carry-all bags; Carry-on bags; Make-up bags sold empty; Messenger bags; Purses; Tote bags; [ Train cases; ] Travel bags; Wallets; Wash bags for carrying toiletries. | Sept. 24, 2013 |
| (Pan Am globe logo) | 4,458,350 | IC 018: Luggage; all-purpose carrying bags; carry-all bags; carry-on bags; travel bags. | Dec. 31, 2013 |
| (PAA winged globe logo) | 4,756,157 | IC 021: beverage glassware. | June 16, 2015 |
| (Pan Am globe logo) | 4,827,280 | IC 028: Toy model vehicles; toy model airplanes; toy model trains; toy model train cars; scale model vehicles, trains, train cars, airplanes. | Oct. 6, 2015 |
| (Pan Am globe logo) | 4,941,545 | IC 039: Air transportation of passengers and freight. | Apr. 19, 2016 |
| PAN AMERICAN AIRWAYS SYSTEM | 5,492,371 | IC 006: Non-luminous and non-mechanical metal signs.; IC 025: T-shirts. | June 12, 2018 |
| PAN AM | 6,868,829 | IC 039: Air transportation of passengers and freight. | Oct. 11, 2022 |

1

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,166,414
Registered Oct. 31, 2006

TRADEMARK
PRINCIPAL REGISTER

Pan American World
Airways

THE TOMLINSON CORPORATION (HAWAII CORPORATION)
898 NININI WAY
HONOLULU, HI 96825

FOR: CLOTHING, NAMELY, HATS, BANDANAS, SCARVES, T SHIRTS, LONG SLEEVE SHIRTS, SHORT SLEEVE SHIRTS, JACKETS, SWEATERS, DRESSES, SHORT PANTS, LONG PANTS, SWIM SUITS, UNDERWEAR, PAJAMAS, SOCKS, SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2006; IN COMMERCE 1-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-566,237, FILED 2-12-2005.

KRISTINA KLOIBER, EXAMINING ATTORNEY

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|

Int. Cls.: 18 and 28

Prior U.S. Cls.: 1, 2, 3, 22, 23, 38, 41 and 50

Reg. No. 3,288,129

United States Patent and Trademark Office — Registered Sep. 4, 2007

TRADEMARK
PRINCIPAL REGISTER



PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
14 AVIATION AVENUE
PORTSMOUTH, NH 03801

FOR: LUGGAGE; ALL-PURPOSE CARRYING BAGS; CARRY-ALL BAGS; CARRY-ON BAGS; TRAVEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1963; IN COMMERCE 0-0-1963.

FOR: TOY MODEL VEHICLES; TOY MODEL AIRPLANES; TOY MODEL TRAINS; TOY MODEL TRAIN CARS; SCALE MODEL VEHICLES, TRAINS, TRAIN CARS, AIRPLANES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

OWNER OF U.S. REG. NO. 668,792.

SER. NO. 78-899,625, FILED 6-2-2006.

LANA PHAM, EXAMINING ATTORNEY

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|

# United States of America
## United States Patent and Trademark Office



Reg. No. 3,804,943
Registered June 15, 2010

Int. Cls.: 16, 18, 21, and 25

**TRADEMARK**
**PRINCIPAL REGISTER**

PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
DOVER, NH 03820

FOR: PENS; WRITING UTENSILS; BLANK CARDS; GREETING CARDS; NOTE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

FOR: LUGGAGE TAGS; PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

FOR: MUGS; CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-17-2007; IN COMMERCE 4-17-2007.

FOR: SHIRTS; JACKETS; SWEAT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

OWNER OF U.S. REG. NO. 668,792.

SN 78-899,615, FILED 6-2-2006.

JEFF DEFORD, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office



# PAN AM

Reg. No. 4,354,102  
Registered June 18, 2013

Int. Cl.: 18

TRADEMARK

PRINCIPAL REGISTER

PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)  
44 INDUSTRIAL PARK DRIVE  
DOVER, NH 03820

FOR: ALL-PURPOSE CARRYING BAGS; CARRY-ON BAGS; LUGGAGE; MAKE-UP BAGS SOLD EMPTY; MESSENGER BAGS; TOTE BAGS; TRAVEL BAGS; WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 3-1-2005; IN COMMERCE 12-31-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,171,134, 3,171,135, AND 4,155,834.

SER. NO. 85-803,328, FILED 12-14-2012.

MARLENE BELL, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|

# United States of America
### United States Patent and Trademark Office


PAN AMERICAN WORLD AIRWAYS

**Reg. No. 4,405,886**  PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
**Registered Sep. 24, 2013**  DOVER, NH 03820

**Int. Cl.: 18**  FOR: ALL-PURPOSE CARRYING BAGS; CARRY-ALL BAGS; CARRY-ON BAGS; MAKE-UP BAGS SOLD EMPTY; MESSENGER BAGS; PURSES; TOTE BAGS; TRAIN CASES; TRAVEL BAGS; WALLETS; WASH BAGS FOR CARRYING TOILETRIES, IN CLASS 18
**TRADEMARK**  (U.S. CLS. 1, 2, 3, 22 AND 41).

**PRINCIPAL REGISTER**  FIRST USE 7-31-2007; IN COMMERCE 7-31-2007.

OWNER OF U.S. REG. NO. 3,166,414.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMERICAN", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "PAN AMERICAN WORLD AIRWAYS" IN STYLIZED TEXT.

SER. NO. 85-757,365, FILED 10-18-2012.

MARLENE BELL, EXAMINING ATTORNEY



*signature*
Deputy Director of the United States Patent and Trademark Office

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|



### United States of America
#### United States Patent and Trademark Office



**Reg. No. 4,458,350**  PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
**Registered Dec. 31, 2013**  DOVER, NH 03820

**Int. Cls.: 18 and 25**  FOR: ALL-PURPOSE CARRYING BAGS; CARRY-ON BAGS; DIAPER BAGS; GYM BAGS; LUGGAGE; MESSENGER BAGS; PURSES; TOTE BAGS; TRAVEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**

FIRST USE 12-31-2006; IN COMMERCE 12-31-2006.

**PRINCIPAL REGISTER**

FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2006; IN COMMERCE 8-31-2012.

OWNER OF U.S. REG. NOS. 3,171,135, 3,804,943 AND OTHERS.

THE MARK CONSISTS OF A GLOBE CONTAINING A CENTERED VERTICAL LINE WITH EIGHT EMANATING CURVED LATITUDINAL LINES AND THE WORDS "PAN AM" WRITTEN THROUGH THE MIDDLE AND EXTENDING OUTSIDE THE GLOBE ON EITHER SIDE.

SER. NO. 85-919,833, FILED 5-1-2013.

THOMAS MANOR, EXAMINING ATTORNEY



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,756,157**  PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
   44 INDUSTRIAL PARK DRIVE
**Registered June 16, 2015**  DOVER, NH 03820

**Int. Cl.: 21**  FOR: BEVERAGE GLASSWARE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

   FIRST USE 3-0-2011; IN COMMERCE 7-24-2014.
**TRADEMARK**

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF A GLOBE WITH A WING COMING OFF THE TOP RIGHT HAND SIDE OF IT. THE GLOBE CONTAINS LATITUDINAL AND LONGITUDINAL LINES AND THE OUTLINES OF THE CONTINENTS. THE WING CONTAINS THE LETTERS "PAA" ACROSS THE MIDDLE.

   SN 85-280,243, FILED 3-29-2011.

   KARANENDRA S. CHHINA, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

7

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|





Reg. No. 4,827,280  PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
Registered Oct. 6, 2015  DOVER, NH 03820

Int. Cl.: 16  FOR: CALENDARS; WALL CALENDARS; POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

TRADEMARK  FIRST USE 6-2-2006; IN COMMERCE 11-30-2014.

PRINCIPAL REGISTER  OWNER OF U.S. REG. NOS. 3,171,135, 3,804,943, AND OTHERS.

THE MARK CONSISTS OF A GLOBE WITH THE WORDS "PAN AM" ACROSS IT.

SN 85-513,567, FILED 1-11-2012.

MARILYN IZZI, EXAMINING ATTORNEY



Michelle K. Lee
Director of the United States
Patent and Trademark Office

8

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,941,545**    PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
**Registered Apr. 19, 2016** DOVER, NH 03820

**Int. Cl.: 39**    FOR: AIR TRANSPORTATION OF PASSENGERS AND FREIGHT, IN CLASS 39 (U.S. CLS. 100 AND 105).

**SERVICE MARK**    FIRST USE 5-1-2015; IN COMMERCE 8-12-2015.

**PRINCIPAL REGISTER**    OWNER OF U.S. REG. NOS. 3,171,134 AND 3,171,135.

THE MARK CONSISTS OF THE OUTLINE OF A GLOBE WITH THE WORDS "PAN AM" ACROSS IT.

SN 77-931,658, FILED 2-9-2010.

TEJBIR SINGH, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

| Exhibit 1 | Pan American World Airways, LLC | Trademark Registrations |
|---|---|---|



## United States of America
### United States Patent and Trademark Office

Pan American Airways System

**Reg. No. 5,492,371**  Pan American World Airways, Inc. (DELAWARE CORPORATION)
30 Centre Road, Suite 8
**Registered Jun. 12, 2018**  Somersworth, NEW HAMPSHIRE 03878

**Int. Cl.: 6, 25**  CLASS 6: Non-luminous and non-mechanical metal signs

**Trademark**  FIRST USE 11-1-2014; IN COMMERCE 10-1-2016

**Principal Register**  CLASS 25: T-shirts

FIRST USE 11-1-2014; IN COMMERCE 10-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4405886, 3166414

No claim is made to the exclusive right to use the following apart from the mark as shown: "AMERICAN"

SER. NO. 86-033,509, FILED 08-09-2013



Director of the United States
Patent and Trademark Office

10

PAN AMERICAN WORLD AIRWAYS, LLC

**EXHIBIT 1**            TRADEMARK REGISTRATIONS

# United States of America
### United States Patent and Trademark Office

# PAN AM

**Reg. No. 6,868,829**
**Registered Oct. 11, 2022**
**Int. Cl.: 39**
**Service Mark**
**Principal Register**

Pan American World Airways, LLC (DELAWARE LIMITED LIABILITY COMPANY)
30 Centre Road, Suite 8
Somersworth, NEW HAMPSHIRE 03878

CLASS 39: Air transportation of passengers and freight

FIRST USE 5-1-2015; IN COMMERCE 8-12-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4941545, 3171135, 3171134

SER. NO. 90-614,875, FILED 03-31-2021



Katherine Kelly Vidal
Director of the United States
Patent and Trademark Office

